IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:17cr117-MHT
                            )          (WO)
REGINALD TRACY DANIELS      )
```

ORDER

This case is before the court on defendant Reginald Tracy Daniels's petition for early termination of supervised release. The court agrees that his supervision should be terminated early. In reaching this conclusion, the court notes that Daniels has already completed more than half of his two-year period of supervised release, and that, during such period, he has fully complied with the terms of his release and has not incurred any violations. In addition, Daniels currently has a full-time job, which he has maintained during his period of supervised release. Further, the government and the Probation Office have orally informed the court that they do not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 34) is granted; that defendant Reginald Tracey Daniels's supervised release is terminated; and that defendant Daniels is discharged.

DONE, this the 27th day of April, 2023.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

2